IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Petitioner,

vs.                                            No. CV 20-00965 KG/JFR

ROBIN BORNE,
JOE LYTLE,
MARK GALLEGOS,

    Respondents.

## JUDGMENT

THIS MATTER is before the Court under Fed. R. Civ. P. 41(b) on the "9-701 Petition for Writ of Habeas Corpus" filed by Petitioner Myrtis Paulo Hart (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

IT IS ORDERED that JUDGMENT is entered and the 9-701 Petition for Writ of Habeas Corpus filed by Petitioner Myrtis Paulo Hart (Doc. 1) is DISMISSED without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE